# UNITED STATES DISTRICT COURT
for the
Eastern District of Virginia

| | |
|---|---|
| United States of America<br>v.<br><br>MICHAEL BRENNER<br><br>*Defendant(s)* | )<br>)<br>)  Case No.  1:23-MJ-95<br>)<br>)<br>)<br>)<br>) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of September 2022 to on or about March 2023 in the city/county of Fairfax
in the Eastern District of Virginia, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 21 U.S.C. §§ 841 (a)(1) and 846 | The defendant, unlawfully, knowingly, and intentionally combine, conspire, confederate and agree with others, both known and unknown, to unlawfully, knowingly, and intentionally distribute a mixture or substance containing a detectable amount of methamphetamine, a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and 846. |

This criminal complaint is based on these facts:

(See attached affidavit.)

☑ Continued on the attached sheet.

Reviewed by AUSA/SAUSA
SAUSA Paul Zebb III/AUSA April Russo
*Printed name and title*

*Complainant's signature*

Brandon Strait, Special Agent, FBI
*Printed name and title*

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by
telephone _____ *(specify reliable electronic means)*.

Date: _____

City and state: Alexandria, Virginia

John F. Anderson
Digitally signed by John F. Anderson
Date: 2023.05.08 14:59:00 -04'00'
*Judge's signature*

Hon. John F. Anderson, U.S. Magistrate Judge
*Printed name and title*